In the Matter of FRANCIS J. DEJOHN, Appellant, v TOWN OF FRANKFORT, Respondent. [682 NYS2d 366] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Parker, J. (Appeal from Judgment of Supreme Court, Herkimer County, Parker, J.—CPLR art 78.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.